August 7, 2026

**Re: Contact Information for Elizabeth Soto re: Case No. 26-10586**

To the Honorable Fifth Circuit:

Elizabeth Soto's contact information is Elizabeth Andrea Soto, inmate # 202502014, Johnson County Corrections Facility, 1800 Ridgemar Dr., Cleburne, Texas 76031. A copy of this letter has been mailed to Ms. Elizabeth Soto contemporaneously with its filing.

Sincerely,


Blake Burns
817-870-1544

Harmony Schuerman
817-406-8665