# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 11, 2026

Sufia M. Khalid
Muslim Legal Fund of America
100 N. Central Expressway
Suite 1010
Richardson, TX 75080

No. 26-10586 USA v. Maricela Rueda

USDC No. 4:25-CR-259-6

Dear Counsel,

If you apply/applied to the district court for in forma pauperis status and are/were denied, you have 30 days from the date of this letter to pay the $605.00 appellate filing fee to the clerk of the district court, or to apply for in forma pauperis (IFP)status with this Court and include the financial affidavit required by Fed. R. App. P. 24. If you do not pay the filing fee, file a motion with this court for leave to proceed in forma pauperis, or receive an extension of time to do so from this court within the time provided, we will dismiss your appeal without further notice, see 5th Cir. R. 42.3.

Please note that IFP status does not exempt a party from the payment of transcript fees.

Sincerely,

LYLE W. CAYCE, Clerk

By: Angelique B. Tardie
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
Mr. Noam Biale
Mr. Brian Matthew Bouffard
Mr. D. Miles Brissette
Mr. Blake Ryan Burns
Ms. Anna Byers
Mr. Cody L. Cofer
Mr. Leigh Warren Davis

Ms. Quincy Hope Ferrill
Mr. Travis Walker Fife
Mr. Raphael Asher Friedman
Ms. Gail A. Hayworth
Mr. Randall Phillip Hiroshige
Mr. Niles Stefan Illich
Ms. Janki Kaneria
Mr. Kenneth A. Kreuscher
Mr. John Andrew Kuchera
Mr. Patrick J. McLain
Ms. Karen S. Mitchell
Mr. Bradley John Sauer
Ms. Harmony Mary Schuerman
Ms. Elizabeth Soto
Mr. James Warren St. John
Mr. Christopher Leshawn Tolbert
Ms. Miranda Van Dijk
Mr. James Matthew Wright

Provided below is the court's official caption. Please review the parties listed and advise the court immediately of any discrepancies. If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

Case No. 26-10586

United States of America,

Plaintiff - Appellee

v.

Daniel Rolando Sanchez Estrada; Savanna Batten; Benjamin Hanil Song; Cameron Arnold; Bradford Morris; Ines Soto; Maricela Rueda,

Defendants - Appellants

consolidated with

No. 26-10591

United States of America,

Plaintiff - Appellee

v.

Zachary Evetts; Bradford Morris,

Defendants - Appellants

consolidated with

No. 26-10597

United States of America,

Plaintiff - Appellee

v.

Elizabeth Soto; Bradford Morris,

Defendants - Appellants