MUSLIM LEGAL FUND OF AMERICA

JUSTICE | COURAGE | EXCELLENCE | ACCOUNTABILITY |COMMUNITY
To advance equality and justice for American Muslim organizations and individuals by promoting legal compliance and protecting their rights in matters concerning national security law.

September 11, 2026

**District Case #: 4:25-CR-259-P**
**Appellate Case #: 26-10586**

Dear Mr. Lyle W. Cayce and Ms. Rebecca Jeanfreau:

I write in response to the Court's order to show cause from August 28, 2026, No. 26-10586, Dkt. No. 207, for failure to make financial arrangements with the district court reporter.

At the time of the order, we had a pending motion to proceed *in forma pauperis* at the district court. *See* No. 4:25-CR-259-P, Dkt. No. 839. Because our client, Ms. Rueda, initially qualified for CJA court-appointed counsel, we believed she would likely qualify to proceed *in forma pauperis* on appeal, and we intended to subsequently seek a waiver of the transcript fees based on our client's indigent status. Undersigned counsel represents Ms. Rueda pro bono, but the Northern District of Texas and Fifth Circuit designate pro bono counsel as retained counsel if they are not CJA counsel or Federal Public Defenders. Last Thursday, however, on September 3, 2026, the district court denied this motion. No. 4:25-CR-259-P, Dkt. No. 843.

Following this denial, we arranged to remedy the default from each of the two court reporters from which we requested transcripts. After confirming the amounts due, payments in the amount of $4,823 to Ms. Monica Guzman and $187 to Zoie Williams were submitted yesterday morning, September 10, 2026. As proof of payment, please find attached the checks sent to each court reporter and the tracking information.

In light of the foregoing, we respectfully request that the Court not impose further disciplinary action. Thank you for your patient consideration of this matter.

Respectfully submitted,

/s/ Sufia Khalid
Deputy Director
National Security Criminal Defense Center
100 N. Central Expy. Suite 1010
Richardson, TX
75080
skhalid@clcma.org

# EXHIBIT A
# Proof of Payment to Ms. Monica Guzman

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

[redacted]

**MUSLIM LEGAL FUND OF AMERICA, INC.**
MLFA
[redacted]
Richardson, TX 75081

BANK OF AMERICA

[redacted]

9/9/26

PAY TO THE ORDER OF Monica Guzman $ 4823.50

Four Thousand Eight Hundred Twenty Three xx/xx DOLLARS

Security features included. Details on back.

MEMO Maricela Rueda
Case # 4:25-CR-00259
Transcript

[redacted] MP

[redacted]

[redacted]

**MUSLIM LEGAL FUND OF AMERICA, INC.**

**ISLIM LEGAL FUND OF AMERICA, INC.**

PAYMENT RECORD

www.checksforless.com 800-

272PR



GRAYSLAKE
75 COMMERCE DR
GRAYSLAKE IL 60030-9998
www.usps.com
09/10/2026 10:08 AM

TRACKING NUMBERS
9581 7128 3978 6253 4644 46

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express Flat Rate Env | 1 | | $35.90 |
| Fort Worth, TX 76162 | | | |
| Flat Rate | | | |
| Signature Requested | | | |
| Scheduled Delivery Date Fri 09/11/2026 06:00 PM | | | |
| Money Back Guarantee | | | |
| Tracking #: 9581 7128 3978 6253 4644 46 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $35.90 |

Grand Total: $35.90

$35.90

[redacted]

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

# EXHIBIT B
# Proof of Payment to Ms. Zoie Williams

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN

[redacted]

MUSLIM LEGAL FUND OF AMERICA, INC.

[redacted]

BANK OF AMERICA

[redacted]

9/9/2026

PAY TO THE ORDER OF Zoie Williams $ 187.00

One Hundred Eighty Seven xx DOLLARS

[redacted] MP

MEMO Maricela Rueda Case #4:25-CR-00259 Transcript [redacted]

[redacted]

MUSLIM LEGAL FUND OF AMERICA, INC.

11845

MUSLIM LEGAL FUND OF AMERICA, INC.

PAYMENT RECORD

www.checksforless.com 800-245-5775 Order # 33

BOA_13272PR



FedEx Office

6641 Grand Ave Ste E
Gurnee, IL 60031-5262
847.856.8020

September 9, 2026 5:41 PM
Receipt #: FEPK00712148

FedEx Express $77.37
FedEx Priority Overnight Estimated
876984473478

**Recipient Address**
Zoie M. Williams, RMR, RDR, FCRR
US District Court
501 W. 10th Street
Room 201
FORT WORTH, TX 76102, US
817-850-6630
**Scheduled Delivery Date:** 09/10/2026
**Pricing Option:** Standard Rate
**Package Information:** FedEx Envelope
**Package Weight:** .10 lb (S)
**Declared Value:** $1

| | Account Billed |
|---|---|
| Est. Express Subtotal | $77.37 |
| Tax | $0.00 |
| **Estimated Total** | **$77.37** |

Sender Account ending in [redacted]

Terms and conditions apply, including terms that limit FedEx's liability. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions and other factors. Shipment-related terms and conditions and details on how shipping charges are calculated are available upon request or at fedex.com/serviceguide.

Manually Weighed = (M), Weighed by Scale = (S), Taxable Item = T.